UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNIKA CHEEVER,

        Plaintiff,

v.

AMAZON.COM SERVICES LLC,

        Defendant.

CASE NO. 2:25-cv-01778-RSM

ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW
AS COUNSEL

      This matter is before the Court on Defendant's Motion for Leave to Withdraw as Counsel, and the Court being otherwise fully advised in the premises:

      IT IS HEREBY ORDERED that the Motion to Withdraw, Dkt. #26, is **GRANTED** and Conor Higgins is excused from further participation in this case as counsel of record for Defendant, Amazon.com Services LLC.

DATED this 10th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER (2:25-cv-01778)

1