UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNIKA CHEEVER,

        Plaintiff,

v.

AMAZON.COM SERVICES LLC,

        Defendant.

CASE NO. 2:25-cv-01778-RSM

ORDER GRANTING THE PARTIES' STIPULATED MOTION TO AMEND THE DISCOVERY SCHEDULE

The Court, having reviewed the parties' Stipulated Motion to Amend the Discovery Schedule, herby finds that good cause exists for granting the Parties' Motion.

The following discovery deadlines are adjusted as follows:

| Deadline | Current Date | Amended Date |
| --- | --- | --- |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 6, 2026 | July 6, 2026 |
| Discovery completed by | July 6, 2026 | August 4, 2026 |

IT IS SO ORDERED.

DATED this 10th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING THE PARTIES'
STIPULATED MOTION TO AMEND THE
DISCOVERY SCHEDULE

1